UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**THOMAS HROMOWYK,**
       **Plaintiff,**

vs.                          3:17-cv-62
                                    (MAD/ML) (Member Case)

**FCA US LLC,**
       **Defendant.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss (Dkt. Nos. 49, 57) is **GRANTED** in part as to Plaintiffs Spratley, Canfield, Cattano, Lett, Peck, Stebbins, and Taylor, and the motion is **DENIED** in part as to Plaintiff Hromowyk, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 12th day of September, 2017.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant's motion for sanctions (Dkt. No. 281) is **GRANTED**; and the Court further **ORDERS** that Defendant's motion for summary judgment (Dkt. No. 280) is **GRANTED**; and the Court further **ORDERS** that Plaintiff Thomas Hromowyk is **TERMINATED** from this action, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 22nd day of April, 2020.

DATED: May 11, 2020

*John Domurad*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk